USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/7/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

Leonel Antonio Rodriguez

            Plaintiff :        98 Civ. 5511   (LAP)

    -against-          :            ORDER

Edward McCloy,
        et al.
        Defendants   :

------------------------------------X

_Loretta A. Preska_ , U.S.D.J.


       There having been no recent activity in the above captioned case;

It is hereby "*Ordered*" that this matter is dismissed without prejudice for lack of

prosecution . All pending motions shall be deemed "moot".

       ORDERED that the Clerk of the Court shall mark this matter closed and all pending
motions denied as moot.


Date: March 7, 2008     _Loretta A. Preska_